GARY M. RESTAINO
United States Attorney
District of Arizona
NATHANIEL J. WALTERS
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
nathaniel.walters@usdoj.gov
Attorneys for Plaintiff

FILED
2024 NOV 13 PM 2: 19
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

VICTIM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

Miguel Soto-Morando,

    Defendant.

No.

CR24-07997 TUC-RCC(LCK)

**INDICTMENT**

VIO: 18 U.S.C. § 554(a)
(Smuggling Goods from the United States)
Count 1

18 U.S.C. §§ 111(a) & (b)
(Assault on a Federal Officer – Deadly or Dangerous Weapon)
Count 2

18 U.S.C. §§ 922(g)(1) & 924(a)(8)
(Possession of Ammunition by a Prohibited Person)
Count 3

18 U.S.C. § 924(d); 28 U.S.C. § 2461(c); 50 U.S.C. § 4819(d)(1)(C)
(Forfeiture Allegation)

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about October 16, 2024, in the District of Arizona, Defendant MIGUEL SOTO-MORANDO, knowingly attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is:

- 3,140 rounds of ATS 7.62x39mm ammunition;

knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 736.2; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738.

In violation of Title 18, United States Code, Section 554(a).

## COUNT 2

On or about October 16, 2024, in the District of Arizona, MIGUEL SOTO-MORANDO did intentionally and forcibly assault United States Customs and Border Protection Officer K.M., an officer of the United States, while Officer K.M. was engaged in, or on account of the performance of his duties, and in doing so defendant used a deadly and dangerous weapon, to wit: 2000 GMC Sierra pickup truck.

All in violation of Title 18, United States Code, Sections 111(a) and (b).

## COUNT 3

On or about October 16, 2024, in the District of Arizona, MIGUEL SOTO-MORANDO, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, 3,140 rounds of ATS 7.62x39mm ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION

Upon conviction of Counts 1 or 3 of the Indictment, the defendant, MIGUEL SOTO-MORANDO, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to 3,140 rounds of ATS 7.62x39mm ammunition.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with

1 | other property which cannot be divided without difficulty, it is the intent of the United
2 | States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title
3 | 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said
4 | defendant up to the value of the above forfeitable property, including, but not limited to,
5 | all property, both real and personal, owned by the defendant.
6 |     All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States
7 | Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Dated: November 13, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/S/
NATHANIEL J. WALTERS
Assistant United States Attorney

*United States of America v. Miguel Soto-Morando*
*Indictment Page 3 of 3*